IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

S.P., MOTHER OF X.-L.H.
AND A.H., CHILDREN,

       Appellant,

  v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

       Appellee.

_____/

Case No.  5D22-1527
Lt. Case No. 2022-DP-05

Decision filed November 23, 2022

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Ana Gomez-Mallada, Fort Lauderdale,
for Appellant.

Rachel Batten, of Children's Legal
Services, Department of Children and
Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Caitlin E.
Burke, Senior Attorney, of Guardian ad

Litem, Tallahassee, for Guardian ad Litem Program.

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.